ROYI MOAS, ESQ.
Nevada Bar No. 10686
CARLOS BLUMBERG, ESQ.
Nevada Bar No. 7607
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:     (702) 341-5200
Facsimile:     (702) 341-5300
rmoas@wrslawyers.com
cblumberg@wrslawyers.com

*Attorneys for Defendant GMTCare, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALGIE NEAL, an individual , | Case No. 2:25-cv-01176-APG-NJK |
| Plaintiff, | |
| vs. | **ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND** |
| GMTCARE LLC, A Nevada Limited Liability Company, | |
| Defendant. | |

Defendant GMTCARE LLC ("**Defendant**"), by and through its attorneys of record Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, hereby answers Plaintiff ALGIE NEAL's ("**Plaintiff**") First Amended Complaint as follows:

## RESPONSES TO CLAIMS

1.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 1 of Plaintiff's Amended Complaint.

## INTRODUCTION

2.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 2 of Plaintiff's Amended Complaint.

3.      Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Amended Complaint.

**PARTIES**

4.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 4 of Plaintiff's Amended Complaint.

5.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 5 of Plaintiff's Amended Complaint.

6.      Defendant admits the allegations contained in Paragraph 6 of Plaintiff's Amended Complaint.

**JURISDICTION**

7.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 7 (a. – f.) of Plaintiff's Amended Complaint.

8.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 8 (a.) of Plaintiff's Amended Complaint.

9.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 9 of Plaintiff's Amended Complaint.

**VENUE**

10.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 10 (a. – c.) of Plaintiff's Amended Complaint.

11.      Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND

**GENERAL ALLEGATIONS TO ALL CLAIMS**

12.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 11 of Plaintiff's Amended Complaint.

13.     Defendant admits the allegations contained in Paragraph 12 of Plaintiff's Amended Complaint. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 13 of Plaintiff's Amended Complaint.

14.     Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Amended Complaint.

15.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 15 of Plaintiff's Amended Complaint.

16.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 16 of Plaintiff's Amended Complaint.

17.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 17 of Plaintiff's Amended Complaint.

18.     Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Amended Complaint.

19.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 19 of Plaintiff's Amended Complaint.

20.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 20 of Plaintiff's Amended Complaint.

/ / /

ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND

21.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 21 of Plaintiff's Amended Complaint.

22.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 22 of Plaintiff's Amended Complaint.

23.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 23 of Plaintiff's Amended Complaint.

24.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 24 of Plaintiff's Amended Complaint.

25.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 25 of Plaintiff's Amended Complaint.

26.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 26 of Plaintiff's Amended Complaint.

27.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 27 of Plaintiff's Amended Complaint.

28.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 28 of Plaintiff's Amended Complaint.

29.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 29 of Plaintiff's Amended Complaint.

/ / /

ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND

**FIRST CAUSE OF ACTION**

**VIOLATION OF PLAINTIFFS RIGHTS UNDER THE AMERICAN WITH DISABILITIES ACT DISCRIMINATION AGAINST DEFENDANT GMT CARE LLC**

30.     Answering Paragraph 30 of Plaintiff's Amended Complaint, Defendant repeats and realleges each and every preceding paragraph as though fully incorporated herein.

31.     Defendant denies the allegations contained in Paragraph 31 of Plaintiff's Amended Complaint.

32.     Defendant denies the allegations contained in Paragraph 32 of Plaintiff's Amended Complaint.

33.     Defendant denies the allegations contained in Paragraph 33 of Plaintiff's Amended Complaint.

34.     Defendant denies the allegations contained in Paragraph 34 of Plaintiff's Amended Complaint.

35.     Defendant denies the allegations contained in Paragraph 35 of Plaintiff's Amended Complaint.

36.     Defendant denies the allegations contained in Paragraph 36 of Plaintiff's Amended Complaint.

37.     Defendant denies the allegations contained in Paragraph 37 of Plaintiff's Amended Complaint.

**SECOND CAUSE OF ACTION**

**VIOLATION OF PLAINTIFFS RIGHTS UNDER THE AMERICAN WITH DISABILITIES ACT--FAILURE TO ACCOMMODATE AGAINST DEFENDANT GMT CARE LLC**

38.     Answering Paragraph 38 of Plaintiff's Amended Complaint, Defendant repeats and realleges each and every preceding paragraph as though fully incorporated herein.

39.     Defendant denies the allegations contained in Paragraph 39 of Plaintiff's Amended Complaint.

40.     Defendant denies the allegations contained in Paragraph 40 of Plaintiff's Amended Complaint.

41.     Defendant denies the allegations contained in Paragraph 41 of Plaintiff's Amended Complaint.

42.     Defendant denies the allegations contained in Paragraph 42 of Plaintiff's Amended Complaint.

43.     Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Amended Complaint.

44.     Defendant denies the allegations contained in Paragraph 44 of Plaintiff's Amended Complaint.

45.     Defendant denies the allegations contained in Paragraph 45 of Plaintiff's Amended Complaint.

46.     Defendant denies the allegations contained in Paragraph 46 of Plaintiff's Amended Complaint.

## THIRD CAUSE OF ACTION

### VIOLATION OF PLAINTIFFS RIGHTS UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964--RETALIATION AGAINST DEFENDANT GMT CARE LLC

47.     Answering Paragraph 47 of Plaintiff's Amended Complaint, Defendant repeats and realleges each and every preceding paragraph as though fully incorporated herein.

48.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 48 of Plaintiff's Amended Complaint.

49.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 49 of Plaintiff's Amended Complaint.

50.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 50 of Plaintiff's Amended Complaint.

/ / /

/ / /

ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND

51.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 51 of Plaintiff's Amended Complaint.

52.     Defendant denies the allegations contained in Paragraph 52 (a. – c.) of Plaintiff's Amended Complaint.

53.     Defendant denies the allegations contained in Paragraph 53 of Plaintiff's Amended Complaint.

## FOURTH CAUSE OF ACTION

**VIOLATION OF PLAINTIFF'S RIGHT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964—WRONGFUL TERMINATION AGAINST DEFENDANT GMT CARE LLC**

54.     Answering Paragraph 54 of Plaintiff's Amended Complaint, Defendant repeats and realleges each and every preceding paragraph as though fully incorporated herein.

55.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 55 of Plaintiff's Amended Complaint.

56.     Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations and, as such, denies the allegations contained in Paragraph 56 of Plaintiff's Amended Complaint.

57.     Defendant denies the allegations contained in Paragraph 57 of Plaintiff's Amended Complaint.

58.     Defendant denies the allegations contained in Paragraph 58 of Plaintiff's Amended Complaint.

## PRAYER FOR RELIEF

59.     Defendant denies the allegations contained in Paragraph 59 (a. – d.) of Plaintiff's Amended Complaint.

60.     Defendant denies the allegations contained in Paragraph 60 of Plaintiff's Amended Complaint.

/ / /

61.     Defendant denies the allegations contained in Paragraph 61 of Plaintiff's Amended Complaint.

62.     Defendant denies the allegations contained in Paragraph 62 of Plaintiff's Amended Complaint.

63.     Defendant denies the allegations contained in Paragraph 63 of Plaintiff's Amended Complaint.

## FIRST AFFIRMATIVE DEFENSE

Defendant denies each and every allegation of Plaintiff's Amended Complaint not specifically admitted or otherwise pled to herein.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from any relief sought in the Amended Complaint because the Amended Complaint, and each and every cause of action set forth therein, fails to state facts sufficient to constitute a claim for which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Plaintiff did not incur any injury or damages cognizable at law. Plaintiff's alleged damages are speculative and not recoverable.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from any relief sought in the Amended Complaint because Defendant is entitled to set offs for all damages and relief claimed.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from any relief sought in the Amended Complaint by reason of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff is barred from any relief sought in the Amended Complaint due to laches.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from any relief sought in the Amended Complaint because of the applicable statute of limitations.

/ / /

/ / /

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from any relief sought in the Amended Complaint because Plaintiff waived all claims in part or in full.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from any relief sought in the Amended Complaint because Plaintiff came to this Court with unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from any relief sought in the Amended Complaint because Plaintiff failed to mitigate its damages.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from any relief sought in the Amended Complaint because, to the extent any exist, Plaintiff is solely responsible for his damages.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from any relief sought in the Complaint because all wrongful acts, errors or omissions of Defendant, as alleged in the Amended Complaint, were caused, and are excused by virtue of Plaintiff's own conduct under the theory of In Pari Delicto.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendant's policies were neutral on their face and uniformly applied.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendant committed no intentional acts meant to disrupt or harm Plaintiff.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiff was terminated for failing a drug test, a legitimate, non-discriminatory, a non-retaliatory reason.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from relief on the Amended Complaint because the Plaintiff acted in bad faith.

/ / /

/ / /

ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND

## SEVENTEENTH AFFIRMATIVE DEFENSE

The plaintiff is not entitled to any award of attorney fees based upon the allegations of Plaintiff's Amended Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As a commercial driver, Plaintiff was in a safety-sensitive position, and Defendant's actions were necessary to comply with public safety requirements and Federal Department of Transportation requirements.

## NINETEENTH AFFIRMATIVE DEFENSE

All action taken by Defendant were in accordance with applicable state and federal law, including Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Nevada Revised Statutes (NRS), and U.S. Department of Transportation Regulations.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff cannot establish that any alleged adverse employment action was motivated by a discriminatory or retaliatory purpose.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendant has properly and legally fulfilled its duties and obligations, if any, to the Plaintiff.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff has sustained no damages by reason of the allegations of the Amended Complaint. Any damages which Plaintiff may have sustained by reason of the allegations of the Amended Complaint were proximately caused, in whole or in part, by a set of persons other than Defendant and, therefore, Plaintiff is not entitled to any relief from Defendant.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

If Plaintiff failed to file a timely charge of discrimination with the EEOC or Nevada Equal Rights Commission (NERC), his claims are barred.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from any relief on the Amended Complaint because Plaintiff failed to join indispensable and/or necessary parties and therefore complete relief cannot be accorded.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from any relief on the Amended Complaint by reason of undue influence and duress exerted over Defendant.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

Defendant hereby incorporates by reference those affirmative defenses enumerated in Rule 8 of the Fed. R. Civ. P. as if fully set forth herein. In the event further investigation or discovery reveals the applicability of any such defenses, Defendant reserves the right to seek leave of court to amend this Answer to specifically assert any such defenses. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defenses.

### DEMAND FOR RELIEF

WHEREFORE, Defendant prays for the following relief:

1. That Plaintiff's Amended Complaint is dismissed with prejudice;

2. That Plaintiff's prayer for damages is denied entirely;

3. That Plaintiff's prayer for prejudgment interest is denied entirely;

4. That Defendant is awarded its reasonable attorneys' fees and costs it incurred defending against this action;

5. For such further relief as the Court deems just and proper.

### JURY TRIAL DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant demands a trial by jury on all issues so triable.

DATED: July 23, 2025

                        WOLF, RIFKIN, SHAPIRO, SCHULMAN &
                        RABKIN, LLP

                        By _____/s/ Royi Moas, Esq._____
                        ROYI MOAS, ESQ.
                        Nevada Bar No. 10686
                        CARLOS BLUMBERG, ESQ.
                        Nevada Bar No. 7607
                        3773 Howard Hughes Parkway, Suite 590 South
                        Las Vegas, Nevada 89169
                        *Attorneys for Defendant GMTCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, a true and correct copy of **ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By   _/s/ Carolyn Bott_
Carolyn Bott, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP