ROYI MOAS, ESQ.
Nevada Bar No. 10686
CARLOS BLUMBERG, ESQ.
Nevada Bar No. 7607
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:    (702) 341-5200
Facsimile:    (702) 341-5300
rmoas@wrslawyers.com
cblumberg@wrslawyers.com

*Attorneys for Defendant GMTCare, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALGIE NEAL, an individual, | Case No. 2:25-cv-01176-APG-NJK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| GMTCARE LLC, A Nevada Limited Liability Company, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2025 a true and correct copy of **ANSWER TO DEFENDANT'S FIRST AMENDED COMPLAINT AND JURY DEMAND, NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GMTCARE LLC, AND DEFENDANT GMTCARE LLC'S CERTIFICATE OF INTERESTED PARTIES TITLE** was placed in an envelope, postage prepaid, addressed as stated below, in the basket for outgoing mail before 4:00 p.m. at WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP.  The firm has established procedures so that all mail placed in the basket before 4:00 p.m. is taken that same day by an employee and deposited in a U.S. Mail box.

/ / /

/ / /

Algie Neal
4323 Stardust Moon Ave
North Las Vegas, NV 89084
*Pro Se Plaintiff*

By  /s/ *Carolyn Bott*
Carolyn Bott, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

-2-
NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GMTCARE LLC