UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALGIE NEAL,<br>                Plaintiff,<br>vs.<br>GMT CARE LLC,<br>                Defendant. | Case #: 2:25-cv-01176-APG-NJK<br><br>ORDER RE: *EX PARTE* EMAIL |

The Court received the below email from plaintiff, which appears to seek assistance with discovery:

> **From:** ALGIE NEAL
> **Sent:** Monday, September 1, 2025 12:03 PM
> **To:** Court_MDC
> **Subject:** No Contact from defendants Attorney;
>
> **CAUTION - EXTERNAL:**
>
> Judge Couvillier ;       ALGIE NEAL  VS  GMT CARE LLC      Case #2:25-cv-01176-APG-NJK
> I am notifying you that I am having a hard time getting the defendants attorney to return phone calls , I have left messages on 3 occasions , most recent call was today around 11;25 , last Thursday , as well as on or about July 1St 2025 . Defendant attorney phone number on file is 702-341-5200  Attorney ROYI. MOAS, ESQ. I do not want a continuance, as all I am looking for is to view my employee file and to obtain any records I may need.  I am most grateful for any help you can give me . I am Pro-se I should be giving the same respect as a license attorney; this is difficult for me with no communication from the opposing party makes it harder. My phone number is 952-300-7714.
>
> Regards
> Algie Neal

The Court does not accept informal, email communications seeking relief. If plaintiff requests some relief or action from the Court, she must file a motion and serve the motion on defense counsel. The Court cautions the parties that its 07/28/25 Order Setting Mediation (ECF No. 13) requires the parties to certify that they have exchanged initial disclosures.  The Court further cautions the parties that they have an obligation to cooperate and communicate.

DATED: September 2, 2025.

**IT IS SO ORDERED**.

                                                            Hon. Maximiliano D. Couvillier III
                                                            United States Magistrate Judge