UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ALGIE NEAL,<br>                    Plaintiff,<br><br>vs.<br><br>GMT CARE LLC,<br>                    Defendant. | Case #: 2:25-cv-01176-APG-NJK<br><br>**ORDER CHANGING EARLY NEUTRAL EVALUATION (ECF No. 13) SESSION TO BE VIRTUAL** |
|---|---|

The Court changes the Early Neutral Evaluation session, set for 9:00AM on October 9, 2025, to be **virtual via Zoom**. The Court will email the parties the Zoom link once the parties email their confidential mediation statements.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The Early Neutral Evaluation session scheduled for **9:00AM on October 9, 2025,** is changed to be **virtual via Zoom**. The Court will email the parties a Zoom link for the session once the parties emailed their confidential mediation statements. As the session will now be virtual, parties do not have to request and/or move to appear remotely or respond to a motion requesting remote appearance.

2. A request for an exception to the above attendance requirements must be filed and served within one week of this Order.

3. All other aspects of the Court's Order (ECF No. 13) remain in effect.

DATED: September 2, 2025.

**IT IS SO ORDERED**.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge