ROYI MOAS, ESQ.
Nevada Bar No. 10686
CARLOS BLUMBERG, ESQ.
Nevada Bar No. 7607
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, Nevada 89169
Telephone:     (702) 341-5200
Facsimile:     (702) 341-5300
rmoas@wrslawyers.com
cblumberg@wrslawyers.com

*Attorneys for Defendant GMTCare, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALGIE NEAL, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>GMTCARE LLC, A Nevada Limited Liability Company,<br><br>    Defendant. | Case No. 2:25-cv-01176-APG-NJK<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(b), *Pro Se* Plaintiff Algie Neal ("Plaintiff") and Defendant GMTCare LLC ("Defendant") hereby submit the following Stipulated Discovery Plan and Scheduling Order.  Pursuant to Fed R. Civ. P. 26(f), Plaintiff and Defendant (collectively referred to as the "Parties") met and conferred on September 8, 2025.  Plaintiff participated *Pro Se* and Defendant was represented by its counsel of record, Royi Moas, Esq., and Carlos Blumberg, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP.

**I.    INITIAL DISCLOSURES**

The Parties shall make their initial disclosures required by Fed. R. Civ. P. 26(a)(1)(A) no later than September 22, 2025, fourteen (14) days after the date of the Conference.

/ / /

/ / /

## II. DISCOVERY PLAN

The Parties agree that each party may conduct all discovery allowed under the Federal Rules of Civil Procedure, subject to the following deadlines:

1. <u>Discovery Cut-Off Date</u>: Defendant filed its Answer to Plaintiff's Complaint on July 23, 2025 (ECF No. 12). The Parties shall have until January 19, 2026, to complete discovery in this case, which is one hundred and eighty (180) days from the date Defendant filed its Answer.

2. <u>Amending the Pleadings and Adding Parties</u>: The Parties shall have until October 21, 2025 to file motions to amend the pleadings and/or to add parties, which is not later than ninety (90) days prior to the discovery cut-off date.

3. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>: The parties shall have until November 20, 2025, to disclose experts, which is sixty (60) days before the discovery cut-off date. The parties shall also have until December 22, 2025, to disclose rebuttal experts (as thirty (30) days after falls on Saturday, December 20, 2025), which is thirty-two (32) days after the initial disclosure of experts.

4. <u>Dispositive Motions</u>: The parties shall have until February 18, 2026, to file dispositive motions, which is thirty (30) days after the discovery cut-off date.

5. <u>Pretrial Order</u>: The parties shall have until March 20, 2026 to file the joint pretrial order, which is thirty (30) days after the dispositive motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty (30) days after decision on the dispositive motion or further court order.

6. <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>: The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

7. <u>Alternative Dispute Resolution</u>: The parties hereby certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation. The parties are currently open-minded about the possibility of using alternative dispute resolutions processes but believe that some discovery must be conducted first.

///

8.  **Alternative Forms of Case Disposition:** The parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program. At this time, the parties respectfully decline using these alternative forms of case disposition.

9.  **Electronic Evidence:** The parties hereby certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have not reached any stipulations regarding providing discovery in an electronic format compatible with the court's electronic jury evidence display system but anticipate that that such a stipulation will be forthcoming.

10. **Additional Information Required by Fed. R. Civ. P. 26(f):**

   A.  The parties do not believe that any changes should be made in the timing, form, or requirement for disclosures under Rule 26(a).

   B.  The parties agree that each party may conduct all discovery allowed under the Federal Rules of Civil Procedure.

   C.  At this time the parties have no issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced, as those issues will be addressed in the parties' forthcoming Stipulation and Order Regarding Electronically Stored Information.

   D.  At this time the parties have no issues about claims of privilege or of protection as trial-preparation materials, including whether to ask the court to include any agreement in an order under Federal Rule of Evidence 502, but reserve their rights to address any such issues that may arise in the future.

   E.  The parties believe that no changes should be made regarding limitations on discovery imposed under the rules or by local rule, or that any other limitations should be imposed.

/ / /

/ / /

/ / /

/ / /

F. The parties agree that no other orders should be issued by the court at this time under Rule 26(c) or under Rule 16(b) and (c).

Dated: September 9, 2025.                            Dated: September 9, 2025.

 /s/ Algie Neal                                       /s/ Carlos Blumberg, Esq.
ALGIE NEAL                                           ROYI MOAS, ESQ.
4323 Stardust Moon Ave                               Nevada Bar No. 10686
North Las Vegas, NV 89084                            CARLOS BLUMBERG, ESQ.
                                                     Nevada Bar No. 7607
*Pro Se Plaintiff*                                   WOLF, RIFKIN, SHAPIRO, SCHULMAN
                                                     & RABKIN, LLP
                                                     3773 Howard Hughes Parkway, Suite 590 S,
                                                     Las Vegas, Nevada 89169

                                                     *Attorneys for Defendant GMTCare, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE:_____

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, a true and correct copy of **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

I hereby certify that on September 9, 2025, a true and correct copy of **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** was placed in an envelope, postage prepaid, addressed as stated below, in the basket for outgoing mail before 4:00 p.m. at WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP.  The firm has established procedures so that all mail placed in the basket before 4:00 p.m. is taken that same day by an employee and deposited in a U.S. Mail box.  A true and correct copy of the same was also sent via electronic mail to the following:

Algie Neal
4323 Stardust Moon Ave
North Las Vegas, NV 89084
E-Mail: algie7@msn.com

*Pro Se Plaintiff*

By   */s/ Carolyn Bott*
Carolyn Bott, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP