**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Algie Neal,<br><br>    Plaintiff(s),<br><br>v.<br><br>GMT Care LLC,<br><br>    Defendant(s). | Case No. 2:25-cv-01176-APG-NJK<br><br>**Order**<br><br>[Docket No. 26] |

Pending before the Court is Plaintiff's supplemental disclosure. Docket No. 26. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1